# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　Plaintiff,<br><br>　v.<br><br>FLORENCE B HERNANDEZ, in her individual and representative capacity as Trustee--Florence B Hernandez Trust;<br>STOP THE PRESSES, INC., a California Corporation; and Does 1-10,<br><br>　　　Defendants. | Case: 2:14-CV-01635-MCE-KJN<br><br>**ORDER** |

　　　Pursuant to the signed agreement filed April 1, 2015 (ECF No. 17), this action is hereby ordered DISMISSED WITH PREJUDICE. The parties will bear their own attorneys' fees and costs.

　　　IT IS SO ORDERED.

Dated: April 1, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT